**No. 09-6570. Brian Adams, Petitioner v. Honda Engineering North America, Inc.**

559 U.S. 964, 130 S. Ct. 1573, 176 L. Ed. 2d 156, 2010 U.S. LEXIS 1077.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1031, 130 S. Ct. 638, 175 L. Ed. 2d 490, 2009 U.S. LEXIS 8299.

**No. 09-6864. Kenneth M. Lewis, Petitioner v. Stan Burtt, Warden.**

559 U.S. 964, 130 S. Ct. 1573, 176 L. Ed. 2d 156, 2010 U.S. LEXIS 1078.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1079, 130 S. Ct. 803, 175 L. Ed. 2d 565, 2009 U.S. LEXIS 8764.

**No. 09-6946. Johnny Lee Hansley, aka Johnnie Lee Hansely, Petitioner v. United States.**

559 U.S. 964, 130 S. Ct. 1573, 176 L. Ed. 2d 156, 2010 U.S. LEXIS 1083.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1018, 130 S. Ct. 571, 175 L. Ed. 2d 395, 2009 U.S. LEXIS 8016.

**No. 09-6998. Jesus Machado, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

559 U.S. 964, 130 S. Ct. 1573, 176 L. Ed. 2d 156, 2010 U.S. LEXIS 1041.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1096, 130 S. Ct. 1023, 175 L. Ed. 2d 626, 2009 U.S. LEXIS 9017.

**No. 09-7173. Kathalina Monacelli, Petitioner v. Target Stores, et al.**

559 U.S. 964, 130 S. Ct. 1573, 176 L. Ed. 2d 156, 2010 U.S. LEXIS 1042.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1120, 130 S. Ct. 1065, 175 L. Ed. 2d 898, 2010 U.S. LEXIS 276.

**No. 09-7174. Kathalina Monacelli, Petitioner v. Enterprise Leasing Co., et al.**

559 U.S. 964, 130 S. Ct. 1573, 176 L. Ed. 2d 156, 2010 U.S. LEXIS 1095.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1120, 130 S. Ct. 1065, 175 L. Ed. 2d 898, 2010 U.S. LEXIS 165.

**No. 09-7175. Kathalina Monacelli, Petitioner v. Edison State College, et al.**

559 U.S. 964, 130 S. Ct. 1573, 176 L. Ed. 2d 156, 2010 U.S. LEXIS 1075.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1120, 130 S. Ct. 1065, 175 L. Ed. 2d 898, 2010 U.S. LEXIS 284.

**No. 09-7176. Willie Frank King, Petitioner v. United States.**

559 U.S. 964, 130 S. Ct. 1574, 176 L. Ed. 2d 156, 2010 U.S. LEXIS 1039.

February 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1058, 130 S. Ct. 762, 175 L. Ed. 2d 531, 2009 U.S. LEXIS 8661.